[DO NOT PUBLISH]

IN THE UNTIED STATES COURT OF APEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12307
Non-Argument Calendar
_____

D.C. Docket No. 0:19-cv-60350-BB

VILMA WALKER,
LORREN G. SOARES,

Plaintiffs-Appellants,

versus

DEUTSCHE BANK NATIONAL TRUST COMPANY,
Solely as trustee for Harbor View Mortgage, Loan Trust Mortgage
Loan Pass-Through Certificate 2007-6,
BROWARD COUNTY FLORIDA 17TH DISTRICT,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 4, 2019)

Before WILSON, JORDAN, and HULL, Circuit Judges.

PER CURIAM:

Vilma Walker and Lorren Soares sued Deutsche Bank National Trust Company and Broward County, Florida, under 42 U.S.C. § 1983, seeking damages for their eviction from a condominium located in Ft. Lauderdale. Their complaint (and their amended complaint) alleged violations of their First, Fourth, Fifth, and Fourteenth Amendment rights.

The district court, acting *sua sponte*, dismissed the case for lack of subject-matter jurisdiction, and denied further leave to amend. Ms. Walker and Ms. Soares now appeal.

We affirm. In their brief, Ms. Walker and Ms. Soares complain about the conduct of Deutsche Bank but do not challenge the district court's ruling on subject-matter jurisdiction. As a result, they have abandoned any such challenge and affirmance is in order. "While we read briefs filed by *pro se* litigants liberally, issues not briefed on appeal by a *pro se* litigant are deemed abandoned." *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008) (citation omitted).

**AFFIRMED.**

2